**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 08-6816**

UNITED STATES OF AMERICA,

              Plaintiff - Appellee,

       v.

TERRENCE J. WHITE,

              Defendant – Appellant.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  Leonie M. Brinkema, District Judge.  (3:01-cr-00190-LMB-1)

Submitted:  October 21, 2008          Decided:  October 27, 2008

Before MICHAEL, TRAXLER, and DUNCAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Terrence J. White, Appellant Pro Se.  John Staige Davis, V, Brian Lee Whisler, Assistant United States Attorneys, Richmond, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Terrence J. White appeals the district court's order denying relief on White's motion for reduction of sentence filed pursuant to 18 U.S.C. § 3582(c)(2) (2000). We have reviewed the record and find no reversible error. Accordingly, we deny White's motion for remand and affirm for the reasons stated by the district court. United States v. White, No. 3:01-cr-00190-LMB-1 (E.D. Va. May 2, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED